# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL SERWE,

    Plaintiff(s),

v.

JOHN DOE DRIVER, et al.,

    Defendant(s).

Case No.: 2:18-cv-00878-GMN-NJK

**ORDER**

[Docket No. 11]

Pending before the Court is Plaintiff's motion to amend the complaint to name Tia Cooks in place of Defendant John Doe Driver. Docket No. 11. Defendants filed a notice of non-opposition. Docket No. 16. The motion is therefore **GRANTED** as unopposed.[1] Plaintiff shall file the proposed amended complaint within seven days, and shall promptly effectuate service.

IT IS SO ORDERED.

Dated: June 27, 2018

                                            Nancy J. Koppe
                                            United States Magistrate Judge

---

[1] The Court expresses no opinion herein on the tangential issues raised in the briefing, including whether removal was proper.