# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL SERWE,

    Plaintiff(s),

v.

U.S. SECURITY ASSOCIATES, INC., et al.,

    Defendant(s).

Case No.: 2:18-cv-00878-GMN-NJK

**Order**

On August 14, 2019, the undersigned had discussions with the parties and counsel at a settlement conference. *See* Docket No. 50. As a result and with good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself from further involvement in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

IT IS SO ORDERED.

Dated: February 6, 2020

                                              Nancy J. Koppe
                                              United States Magistrate Judge